**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  11-cv-03342-REB-CBS

ROBI BARE,

     Plaintiff,

v.

UNIFIED WEST CORPORATION, and
TRI-NET EMPLOYER GROUP, INC.,

     Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

     The matter is before me on the **Stipulation For Dismissal With Prejudice** [#12][1] filed May 17, 2012.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation For Dismissal With Prejudice** [#12] filed May 17, 2012, is **APPROVED**; and

     2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated May 17, 2012, at Denver, Colorado.

                                  **BY THE COURT:**

                                  */s/ Robert E. Blackburn*
                                  Robert E. Blackbum
                                  United States District Judge

---

[1] "[#12]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.